**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE**

In re: Michael L. Owens                                        Case No. 12-51057
     Debtor(s)                                              Chapter 13

## NOTICE OF CHANGE OF ADDRESS FOR DEBTOR

The Debtor(s) would notify the Court that their correct address is:

**Michael L. Owens
100 Guilford Lane, #95-2
Waynesboro, VA 22980**

The Debtor(s) would request that the Clerk of the Court make this correction to its records.

Respectfully Submitted:

/s/ Charles Parks Pope
Charles Parks Pope (BPR# 15617)
Attorney for Debtor(s)
P.O. Box 6185
Johnson City, TN 37602
423-282-2512
423-282-2703 fax
charles@thepopefirm.com

## CERTIFICATE   OF   SERVICE

I hereby certify that the foregoing Notice of Change of Address for Debtor was served upon the Attorney for the US Trustee, and Chapter 13 Trustee, Gwendolyn Kerney, by Electronic Notification on the 29th day of July, 2014.

                                                 /s/ Charles Parks Pope
                                                 Charles Parks Pope (BPR# 15617)
                                                 Attorney for Debtor(s)